IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LORI KING,<br>        *Plaintiff,*<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A. AND INCHARGE DEBT SOLUTIONS,<br>        *Defendants.* | CASE NO. 3:11-cv-00068<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion for Reconsideration (docket no. 94) is hereby DENIED.  In addition, Plaintiff's Motion for Stay or Continuance (docket no. 100) is hereby DENIED as MOOT.

  It is so ORDERED.

  The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

  Entered this __5th__ day of December, 2012.

                    _____
                    NORMAN K. MOON
                    UNITED STATES DISTRICT JUDGE