IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **LORI KING**, | ) Civil Action No.: 3:11-CV-00068 |
| Plaintiff, | ) |
| v. | ) Judge:   Hon. Norman K. Moon |
| **CAPITAL ONE BANK (USA), N.A.**, and **INCHARGE DEBT SOLUTIONS**, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned lawsuit stipulate to the dismissal of all claims, with prejudice, with each party to bear its own costs and fees incurred in connection with this action.

/ / /

Respectfully submitted,

Dated: March 22, 2013

By: /s/ Dwight W. Stone, II
    William F. Ryan, Jr.
    Dwight W. Stone, II
    Dennis M. Robinson, Jr.
    Whiteford, Taylor & Preston LLP
    Seven Saint Paul Street
    Baltimore, Maryland 21202
    Tel: (410) 347-8700
    Fax: (410) 752-7092

    Robert C. Wood, III
    Edmunds & Williams, P.C.
    828 Main Street, 19th Floor
    Bank of the James Building
    Lynchburg, Virginia 24504
    Tel: (434) 846-9000
    Fax: (434) 846-0337

*Counsel for Defendant InCharge Debt Solutions*

By: /s/ Bryan A. Fratkin
    Bryan A. Fratkin
    Allison Monger
    McGuireWoods LLP
    One James Center
    901 East Cary Street
    Richmond, Virginia 23219
    Tel: (804) 775-1000
    Fax: (804) 775-1061

    James F. Neale
    McGuireWoods LLP
    310 4th Street, N.E., Suite 300
    Charlottesville, Virginia 22902
    Tel: (434) 977-2582
    Fax: (434) 980-2263

*Counsel for Defendant Capital One Bank (USA), N.A.*

Dated: March 22, 2013

By: /s/ Anne Marie Murphy
    Niall P. McCarthy
    Anne Marie Murphy
    Eric Buescher
    Cotchett, Pitre & McCarthy, LLP
    840 Malcolm Road
    Burlingame, California 94010
    Tel: (650) 697-6000
    Fax: (650) 692-3606

    Gregory S. Duncan
    Law Office of Gregory S. Duncan
    412 East Jefferson Street
    Charlottesville, Virginia 22902
    Tel: (434) 979-8556
    Fax: (434) 979-9766

    David J. Vendler
    Morris Polich & Purdy, LLP
    1055 West Seventh Street, 24th Floor
    Los Angeles, California 90017
    Tel: (213) 891-9100
    Fax: (213) 488-1178

    Garrett M. Smith
    Garrett M. Smith, PLLC
    P.O. Box 1741
    Charlottesville, Virginia 22902
    Tel: (434) 960-7775

*Counsel for Plaintiff Lori King*